UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID L. KELLEY and LINDA N. KELLEY,

          Appellants,

vs.                                      Case No. 3:06-cv-881-J-33TEM

ALEXANDER G. SMITH, as Chapter Seven
Trustee,

          Appellee.
_____

**<u>ORDER</u>**

This matter comes before the Court on Appellants' Request for Oral Argument (Doc. # 6) filed on November 3, 2006. Bankruptcy Rule 8012 states, "Oral argument will not be allowed if . . . the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument." Bankr. Rule 8012.[1] At this time, it does

---

[1] Bankruptcy Rule 8012 provides, in full:

Oral argument shall be allowed in all cases unless the district judge or the judges of the bankruptcy appellate panel unanimously determine after examination of the briefs and record, or appendix to the brief, that oral argument is not needed. Any party shall have an opportunity to file a statement setting forth the reason why oral argument should be allowed.

Oral argument will not be allowed if (1) the appeal is frivolous; (2) the dispositive issue or set of issues has been recently authoritatively decided; or (3) the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be

(continued...)

not appear that oral argument is necessary as the facts and arguments are adequately presented in the brief.  However, should the Court determine that oral argument would significantly aid the decisional process, the Court will schedule oral argument at a later date.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Appellants' Request for Oral Argument (Doc. # 6) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 9th day of November, 2006.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

---

[1](...continued)
significantly aided by oral argument.

Bankr. Rule 8012.